[65 NE3d 1281, 43 NYS3d 245]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINTON JOHNSON, Appellant.

Decided November 17, 2016

### APPEARANCES OF COUNSEL

*Philip Rothschild, Hiscock Legal Aid Society*, Syracuse (*Evan Hannay* of counsel), for appellant.

*William J. Fitzpatrick, District Attorney*, Syracuse (*James P. Maxwell* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. There is record support for the conclusion that the nearly 4½ year delay between the crime and the indictment "did not deprive defendant of his due process right to prompt prosecution" (*People v Velez*, 22 NY3d 970, 972 [2013]). This is not a circumstance where "a lengthy and unjustifiable delay in commencing the prosecution . . . require[s] dismissal even though no actual prejudice to the defendant is shown" (*People v Singer*, 44 NY2d 241, 253-254 [1978]).

Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.